IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ALVARADO,

    Plaintiff,                        No. 2:10-CV-2045 DAD

    v.

KATHLEEN SEBELIUS, Secretary
of Health & Human Services, et al.,

    Defendants.                ORDER RE CONSENT OR
                                        REQUEST FOR REASSIGNMENT
_____/

        This action was randomly assigned to the undersigned magistrate judge pursuant to Appendix A(j) of the Local Rules. Without the written consent of all parties, a Magistrate Judge cannot conduct all proceedings and enter judgment in this case. 28 U.S.C. § 636(c). Accordingly, within 90 days from the filing date of this order, all parties shall complete and return the attached form titled Consent to Reassignment or Request for Reassignment. The form is also available on the court's web site.

        IT IS SO ORDERED.

DATED: August 4, 2010.

                                                _____
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/alvarado2045.ord.consent.form

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVARADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN SEBELIUS, Secretary<br>of Health & Human Services, et al.,<br><br>　　　　Defendants.<br>_____/ | No. 2:10-CV-2045 DAD<br><br><br><br><br><br>CONSENT TO REASSIGNMENT OR<br>REQUEST FOR REASSIGNMENT |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

　　　In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the entry of final judgment.

DATED: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　　　Counsel for ___ Plaintiff　　___ Defendant

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

　　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the assignment of this case to a United States District Judge.

DATED: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　　　Counsel for ___ Plaintiff　　___ Defendant