1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSE ALVARADO,

11          Plaintiff,                          No. CIV S-10-2045 DAD

12       v.

13   KATHLEEN SEBELIUS and
     DEPARTMENT OF HEALTH
14   AND HUMAN SERVICES,                        <u>ORDER TO SHOW CAUSE</u>

15          Defendants.

16   _____/

17          On August 4, 2010, the court issued an Order Re Consent or Request for

18   Reassignment, accompanied by an appropriate form.  Plaintiff was ordered to serve the Order Re

19   Consent or Request for Reassignment upon each defendant concurrently with service of the

20   court's Scheduling Order.  All parties were required to complete and file the Consent or Request

21   for Reassignment form within 90 days from the filing date of the court's order.  The ninety-day

22   period has expired, and neither party has filed the required form.

23          The court's docket reflects that defendants have not filed a response to plaintiff's

24   complaint, have not lodged a copy of the administrative record, and have not filed a notice of

25   appearance.

26   /////

1

1    IT IS HEREBY ORDERED that:

2    1.  Plaintiff shall show good cause in writing, within fourteen days after this order

3  is filed, for the failure to file a "Consent to Assignment or Request for Reassignment" form.

4  Prompt filing of an executed form will be deemed compliance with this requirement as to

5  plaintiff; and

6    2.  Plaintiff shall file a status report, within fourteen days after this order is filed,

7  setting forth all steps taken to serve the defendants in accordance with Federal Rule of Civil

8  Procedure 4(i).

9  DATED: November 18, 2010.

10

11

12  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

13  DAD:kw
    alvarado2045.osc.form

14

15

16

17

18

19

20

21

22

23

24

25

26